UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DEVIN JACOBS, individually and on behalf
of all others similarly situated,

                    Plaintiff,                                         JUDGMENT
                                                                      25-cv-02456-BMC

        v.

NORSWOOD, LLC,

                    Defendant.
------------------------------------------------------------ X

A Minute Entry and Order for Premotion Conference held before the Honorable Brian M. Cogan, United States District Judge, having been filed on December 16, 2025, granting Defendant's motion to dismiss; and directing Plaintiff's counsel to show cause by 12/23/25 why sanctions should not be imposed for his failure to comply with Fed. R. Civ. P. 11; and an Order having been filed on December 29, 2025, denying the Response to the Order to Show Cause; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and this case is closed.

Dated: Brooklyn, NY                                    Brenna B. Mahoney
        December 29, 2025                               Clerk of Court


                                                       By: /s/Jalitza Poveda
                                                                Deputy Clerk